PERLOFF v. SCHARP

(October 29, 1928. Opinion and Decree.)

Benj. Y. Wolf, of New Orleans, attorney for plaintiff and appellant.

Jos. Rosenberg, of New Orleans, attorney for defendant and appellee.

PER CURIAM. This is a suit on an open account. The defense is a plea of payment which the judge, a quo, sustained and dismissed the suit.

We have read the record with care and we are unable to say that the court manifestly erred in determining the issue of fact in plaintiff's favor.

Judgment appealed from is therefore affirmed.

No. 11,250

Orleans

HARVEY v. WINSEL

(October 29, 1928. Opinion and Decree.)

(See Harvey vs. Hirsch, reported on p. —.)

Woodville & Woodville, of New Orleans, attorneys for plaintiff and appellee.

Jos. Rosenberg, of New Orleans, attorney for defendant appellant.

PER CURIAM. This case involves the right of plaintiff, a real estate agent, to a commission under a contract similar in all essential particulars to one considered by this court in the case of Stanley A. Harvey. vs. Harry Hirsch, No. 7518 of the docket. The same defense is made here as was made there, and for the lengthy reasons given and upon the authority of the numerous citations referred to in that case, this defense cannot prevail.

The judgment appealed from is therefore affirmed.